UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CESAR CORREA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:24-cv-00253-JPH-MKK ) |
| INDIANA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters **FINAL JUDGMENT** and this action is **dismissed without prejudice**.

Date: 8/28/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk
BY: *Carina Weed*
Deputy Clerk, U.S. District Court

Distribution:

CESAR CORREA
296179
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only